John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 836160

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10550 | 008-0 | DARLENE F. LEWIS<br>Original Check written to:<br>PARAGON WAY, INC<br>2101 W. BEN WHITE BLVD., SUITE 103<br>AUSTIN, TX  78704- | xxxxxxxxxxxxxxxxxx1973 | 900.17 | 14.43 | 0.00 | 14.43 |
| 08-60104 | 999-0 | MICHAEL BOWIE<br>Original Check written to:<br>MICHAEL BOWIE<br>1210 SOUTH VINE AVENUE<br>TYLER, TX  75701 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 08-60984 | 003-0 | JERRY WAYNE REEVES, JR.<br>Original Check written to:<br>JPMORGAN CHASE BANK, N.A.<br>3415 VISION DRIVE-ATTN: OH4-7126<br>COLUMBUS, OH  43219- | 8031 | 2,054.90 | 145.82 | 98.22 | 244.04 |
| 10-60177 | 009-0 | WALTER L. NINEMIRE<br>Original Check written to:<br>CAPITAL ONE AUTO FINANCE<br>P.O. BOX 821209<br>DALLAS, TX  75382-1209 | xxxxx2119 | 6,951.85 | 117.02 | 70.70 | 187.72 |
| 10-90090 | 005-0 | DAVID E. THOMAS<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 499<br>HANOVER, MD  21076- | 3966 | 3,000.00 | 0.00 | 3.55 | 3.55 |